Certificate Number: 00555-OR-CC-022793288



00555-OR-CC-022793288

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 17, 2014, at 3:20 o'clock PM PST, Ted D Bear received from Advisory Credit Management, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Oregon, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   February 17, 2014             By:    /s/Galo Salvador

                                      Name:  Galo Salvador

                                      Title: Certified Personal Finance Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 00555-OR-CC-022793276



00555-OR-CC-022793276

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 17, 2014</u>, at <u>3:18</u> o'clock <u>PM PST</u>, <u>Deborah J Bear</u> received from <u>Advisory Credit Management, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Oregon</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:    <u>February 17, 2014</u>             By:    <u>/s/Galo Salvador</u>

                                            Name:  <u>Galo Salvador</u>

                                            Title: <u>Certified Personal Finance Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).