```
                          United States Bankruptcy Court
                                 District of Oregon

In re:                                                         Case No. 14-61546-tmr
Ted Dean Bear                                                  Chapter 7
Deborah Jean Bear
           Debtors                     CERTIFICATE OF NOTICE
District/off: 0979-6          User: dani                  Page 1 of 2                  Date Rcvd: Jun 06, 2014
                              Form ID: OFT                Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2014.
db/jdb        +Ted Dean Bear,   Deborah Jean Bear,    23892 Butler Rd,   Elmira, OR 97437-9715
smg           +Dept of Justice,   Division of Child Support,    Attn: Bankruptcy Unit,    POB 14670,
                Salem, OR 97309-5013
smg           +US Attorney,   US Attorney,   1000 SW 3rd Ave #600,   Portland, OR 97204-2936
smg           +US Attorney General,   Department of Justice,   10th & Constitution NW,
                Washington, DC 20530-0001
100622886     +Bank Of America, N.A.,    PO Box 5170,   Simi Valley, CA 93062-5170
100622887     +Bernt Jacobsen,   4248 Galewood St,    Lake Oswego, OR 97035-2405
100622888     +Bryan Thomas,   POB 40,   Stevenson, WA 98648-0040
100622890     +Capital Premium Financing Inc,   POB 660899,    Dallas, TX 75266-0899
100622893     +Clackamas Federal Cu,   Po Box 2020,   Oregon City, OR 97045-0044
100622894     +Client Services,   3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
100622896     +Equipment Finance Group,   96 E Broadway Ste 3,   Eugene, OR 97401-3141
100622897     +Federal Motor Carrier Safety Assoc,    1200 New Jersey Ave Se,   Washington, DC 20590-0001
100622898     +Financial Pacific Leasing Inc,   POB 4568,    Federal Way, WA 98063-4568
100622899     +Industrial Wedding Supply,   4280 W 11th,    Eugene, OR 97402-5402
100622902      Marlin Business Bank,   POB 13604,    Philadelphia, PA 19101-3604
100622904     +ODVA,   700 Summer St NE,   Salem, OR 97301-1285
100622905     +Omnitracs,   Attn: POB 54210,   Ground Level,   1000 West Temple St,    Los Angeles, CA 90012-1514
100622907     +Pilot Travel Centers,   5508 Lonas Dr,   Knoxville, TN 37909-3221
100622909      Salem Hospital,   POB 6990,   Portland, OR 97228-6990
100622911     +Select Portfolio Servicing,   Po Box 65250,    Salt Lake City, UT 84165-0250
100622913     +Star Oilco,   232 NE Middlefield Rd,   Portland, OR 97211-1295
100622923      Villa del Palmar - PV,   Constructora de Los Acros del Cabo,,    S.A. de C.V.,    PO Box 51469,
                Los Angeles, CA 90051-5769
100622924     +Villa del Palmer,   POB 51469,   Los Angeles, CA 90051-5769
100622926     +Wm Finance,   12655 Sw Center St Ste 1,    Beaverton, OR 97005-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: QCEAMBORN.COM Jun 07 2014 00:18:00      Candace Amborn,    POB 580,   Medford, OR 97501-0214
smg            EDI: ORREV.COM Jun 07 2014 00:18:00      ODR Bkcy,    955 Center NE #353,   Salem, OR 97301-2555
100622882     +EDI: CINGMIDLAND.COM Jun 07 2014 00:18:00      AT&T Mobility,    POB 6463,
                Carol Stream, IL 60197-6463
100622881     +EDI: AMEREXPR.COM Jun 07 2014 00:18:00      American Express,    POB 650448,
                Dallas, TX 75265-0448
100622883      EDI: BANKAMER.COM Jun 07 2014 00:18:00      Bank Of America,    Po Box 982235,   El Paso, TX 79998
100622884      EDI: BANKAMER.COM Jun 07 2014 00:18:00      Bank of America,    POB 982238,
                El Paso, TX 79998-2235
100622889      EDI: CAPITALONE.COM Jun 07 2014 00:18:00      Capital One,    POB 30285,
                Salt Lake City, UT 84130-0285
100622891     +EDI: CHASE.COM Jun 07 2014 00:18:00      Chase,    Po Box 15298,   Wilmington, DE 19850-5298
100622892     +EDI: CITICORP.COM Jun 07 2014 00:18:00      Citi,    Po Box 6500,   Sioux Falls, SD 57117-6500
100622895      EDI: DISCOVER.COM Jun 07 2014 00:18:00      Discover Fin,    Po Box 30943,
                Salt Lake City, UT 84130
100622900     +EDI: IRS.COM Jun 07 2014 00:18:00      IRS,    PO Box 7346,   Philadelphia, PA 19101-7346
100622901     +E-mail/Text: ZyCredit.A.User@lesschwab.com Jun 07 2014 00:21:03      Les Schwab,   POB 5350,
                Bend, OR 97708-5350
100622903      EDI: ORREV.COM Jun 07 2014 00:18:00      ODR Bkcy,    955 Center St NE,    Salem, OR 97301-2555
100622906      E-mail/Text: pfc.bankruptcy.packages@paccar.com Jun 07 2014 00:21:02      PACCAR Financial,
                PO Box 31001-7416,   Pasadena, CA 91110-0001
100622908     +E-mail/Text: bknotices@professionalcredit.com Jun 07 2014 00:21:00      Professional Credit Se,
                400 International Way,   Springfield, OR 97477-7002
100637212      EDI: RECOVERYCORP.COM Jun 07 2014 00:18:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
100622910     +EDI: DRIV.COM Jun 07 2014 00:18:00      Santander Consumer USA,    PO Box 961245,
                Fort Worth, TX 76161-0244
100622912     +EDI: NEXTEL.COM Jun 07 2014 00:18:00      Sprint,    POB 8077,   London, KY 40742-8077
100622914     +EDI: STFM.COM Jun 07 2014 00:18:00      State Farm Fncl Svcs F,    3 State Farm Plz,
                Bloomington, IL 61791-0002
100622915     +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 07 2014 00:20:55      Transworld Systems,
                507 Prudential Rd,   Horsham, PA 19044-2308
100622917      EDI: USBANKARS.COM Jun 07 2014 00:18:00      Us Bank,    Cb Disputes  Po Box 108,
                St Louis, MO 63116
100622918      EDI: USBANKARS.COM Jun 07 2014 00:18:00      Us Bank,    POB 790408,   Saint Louis, MO 63179-0408
100622920      EDI: USBANKARS.COM Jun 07 2014 00:18:00      Us Bank Hogan Loc,    Po Box 790288,
                Saint Louis, MO 63179
100622922      EDI: USBANKARS.COM Jun 07 2014 00:18:00      Us Bank/Na Nd,    4325 17th Ave S,   Fargo, ND 58125
100622921      EDI: USBANKARS.COM Jun 07 2014 00:18:00      Us Bank/Na Nd,    POB 790408,   Saint Louis, MO 63179
100622916     +EDI: HFC.COM Jun 07 2014 00:18:00      Union Plus Credit Card,    POB 80027,
                Salinas, CA 93912-0027
100622923      E-mail/Text: memberservicesadmin@resortcom.com Jun 07 2014 00:21:04      Villa del Palmar - PV,
                Constructora de Los Acros del Cabo,,    S.A. de C.V.,   PO Box 51469,
                Los Angeles, CA 90051-5769
100622925     +EDI: WFFC.COM Jun 07 2014 00:18:00      Wfds/Wds,    Po Box 1697,   Winterville, NC 28590-1697
```

```
District/off: 0979-6           User: dani                   Page 2 of 2                   Date Rcvd: Jun 06, 2014
                               Form ID: OFT                 Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                                      TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
100622885*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    POB 982238,    El Paso, TX 79998-2238)
100622919*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank,    POB 790408,    Saint Louis, MO 63179)
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2014                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2014 at the address(es) listed below:
```
NONE.                                                                                                TOTAL: 0
```

OFT (3/12/14)

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Ted Dean Bear**
**Deborah Jean Bear**
Debtor(s)

) Case No. **14–61546–tmr7**
)
) ORDER AND NOTICE
) OF TIME TO FILE CLAIMS
)
)

June 6, 2014

Clerk, U.S. Bankruptcy Court

BY DEPUTY

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **9/5/14** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File proof of claim at www.orb.uscourts.gov. Under the "Information for Creditors" heading, click on File a Proof of Claim and follow the steps to create and electronically file a proof of claim on the required form. No ECF login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.