UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
Ted Dean Bear
Deborah Jean Bear

Debtor(s)

Case No. 14-61546-tmr7

**DEBTOR CHANGE OF ADDRESS**

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
AUG 19 2014
LODGED____ REC'T____
PAID____ DOCKET____

**Instructions For Cases with Two (Joint) Debtors:**
If the debtors are/were married and only one has moved, put only that person's information below.
If both debtors have moved to the same address, put both names below.
If both debtors have moved to different addresses, file a separate change of address for each debtor.
This form must be signed by at least one debtor or the debtor's attorney.

Name(s) of Debtor(s) at New Address: Ted and Deborah Bear

**Old Address:**
23892 Butler Rd
Elmira OR

**New Address:**
21171 Main St NE
Aurora, OR 97002

New Phone Number, if any: 503-678-7789

New Email, if any (optional): dbear@sherwood.k12.or.us

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date: 8-15-14

Signature (Required): [signature]

Type/ Print Signer's Name: Deborah J Bear

Signer's Phone # and Relation to Case: 503-678-7789    Debtor

OSB # (if attorney): ____

***Further Information About Address Changes***
Address changes for creditors must be filed on LBF #101C. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

***Further Information About Adding A New Party or Creditor to a Case***
A debtor who wishes to add a creditor to a case must use LBF #728.

An ECF Participant who wishes to receive notice must electronically file a text-only Notice of Appearance or Special Notice Request. Any other party who wishes to receive notice must file a written request with the court.

101D (2/19/13)